**No. 10-5712. Alfonso Cisneros-Gutierrez, Petitioner v. United States.**

562 U.S. 1181, 131 S. Ct. 995, 178 L. Ed. 2d 831, 2011 U.S. LEXIS 881.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 598 F.3d 997.